UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MILLER ELECTRIC COMPANY,

    Plaintiff,

v.                                                                         CASE NO. 3:25-cv-221-WWB-SJH

COMMUNICATIONS SYSTEMS,
INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Motion for Entry of Default ("Motion"). Doc. 17.

Plaintiff filed a Complaint, Doc. 1, against Communications Systems, Inc., which it alleges, on information and belief, to be a Virginia corporation with a principal place of business in Dumfries, Virginia, *id.* at 1. The Court takes judicial notice of records from the Virginia State Corporation Commission of two similarly named, but distinct, corporations with principal places of business in Virginia.

The first, "Communications Systems, Inc." is a Delaware corporation with entity number F1544651 and a principal address of 4801 Columbus Street, Suite 400, Virginia Beach, Virginia 23462 ("First Company"). *See* Virginia State Corporation Commission Clerk's Information System, *https://cis.scc.virginia.gov/EntitySearch/ BusinessInformation?businessId=157062&source=FromEntityResult&isSeries%20=%20false*

(last visited June 10, 2025). Its registered agent is Edward L Hamm Jr., who is also the company's president. *Id.*

The second, "Communication System, Inc." is an inactive Virginia corporation with entity number 0626726 and a principal address of 24 Roger Wayne Dr., Stafford, VA, 22554 ("Second Company"). *See* Virginia State Corporation Commission Clerk's Information System, *https://cis.scc.virginia.gov/EntitySearch/ BusinessInformation?businessId=171432&source=FromEntityResult&isSeries%20=%20false* (last visited June 10, 2025). Its registered agent is Business Filings Incorporated, and its President is Keith Brookes. *Id.*

The Complaint and summons in this action are directed to Communications Systems, Inc. and thus appear to name the First Company. Docs. 1, 4, 6.[1] But the returns of service cited in the Motion, Docs. 15, 16, appear to pertain to purported service relating to the Second Company (*e.g.*, Doc. 15 purports to reflect service on Business Filings Incorporated, which is the registered agent for the Second Company, and Doc. 16 purports to reflect service on "Keith Brooks," which is similar (though not an exact match) for the President of the Second Company).[2]

---

[1] The summons, like the Complaint, lists a principal address for Defendant in Dumfries, Virginia, Docs. 4, 6, which appears different from that of either the First Company or the Second Company.

[2] The Affidavit filed in support of the Motion changes the spelling of Doc. 16 to match that of the President of the Second Company and also states that "[t]he summons and complaint were served upon Communication Systems, Inc." Doc. 17-1 at 1. Thus, the short-form "CSI" used in the Affidavit ("Communication Systems, Inc."), *id.*, does not match that used in the Motion itself ("Communications Systems, Inc."), Doc. 17 at 1.

Thus, it is not entirely clear whether Plaintiff named and/or served the defendant it intended to name and/or serve, and it appears there may be a difference between the entity named by and purportedly served by Plaintiff. As such, the Court will deny the Motion without prejudice and provide Plaintiff with an opportunity to take appropriate corrective action. If appropriate, such may include the filing of a renewed motion for default with citations of authority addressing the issues herein. Alternatively, if appropriate, Plaintiff may also take action to amend the Complaint, summons, and/or proof of service.

Accordingly, the Motion (Doc. 17) is **denied without prejudice**. Plaintiff shall have until **July 10, 2025**, to take appropriate corrective action. The proposed Entry of Default attached to the Motion (Doc. 17-2) is **stricken** pursuant to Local Rule 3.01(j).

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record